**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ERIC M. MUATHE, et al.,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 16-2108-JAR-GLR |
| **LORI B. FLEMING,** *et al.* | ) |
| **Defendants.** | ) |

**DEFENDANTS' LOY AND FLEMING'S MOTION FOR**
**RULE 11 SANCTIONS[1]**

Pursuant to Federal Rule of Civil Procedure 11 and Local Rule 11.1, Defendants the Honorable Lori Fleming and Kurt Loy, District Court Judges for the 11th Judicial District, Crawford County, Kansas, (hereafter collectively referred to as State Judge Defendants) bring this Motion for Rule 11 Sanctions against Plaintiff Kasey King and King's attorney of record, Adebayo I.K. Ogunmeno. State Judge Defendants request for sanctions in the form of assessment of costs and attorney fees and expenses incurred by these Defendants as result of the filing of the claim herein, as well as that Plaintiff's Amended Complaint (Doc. 37) be stricken.

This motion is brought because Ogunmeno's Amended Complaint alleges that Fleming sent an email from her work address to Defendant Bill Wachter, asking Wachter to stop running an advertisement on his radio station that King had contracted for. The Amended Complaint purports to quote from an "unofficial version" of the email and attaches as an exhibit the

---

[1] On December 1, 2016, when the Golden Rule letter and draft Rule 11 Motion and Memorandum was sent to Ogunmeno and Notice of Service was filed, counsel Stephen Phillips represented both Loy and Fleming. Since that time, Loy has retained separate counsel, Anne Smith. This Motion and the accompanying Memorandum are identical to that served on Ogunmeno on December 1, 2016, except that the signature blocks have been changed to reflect Anne Smith as counsel for Loy, this footnote has been added, and the language reflected in footnote 2 has been removed from the body of the memorandum.

"unofficial version." The "unofficial version" of the email has been altered to the point of being misleading and fraudulent, and Ogunmeno has apparently done no meaningful inquiry into the accuracy or validity of the email.[2]

        Respectfully Submitted,

        OFFICE OF ATTORNEY GENERAL
        DEREK SCHMIDT

        s/Stephen Phillips
        Stephen Phillips, KS Sup. Ct. No. 14130
        Assistant Attorney General
        Memorial Bldg., 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Tel: (785) 368-8421
        Fax: (785) 296-6296
        Email: steve.phillips@ag.ks.gov
        *Attorney for Defendant Fleming*

        *s/ Anne Smith*
        Anne Smith, KS Bar #24636
        Assistant Attorney General
        120 SW 10th Avenue, 2nd Floor
        Topeka, Kansas 66612-1597
        Telephone: 785-291-3988
        FAX: 785-291-3767
        Email: anne.smith@ag.ks.gov
        *Attorney for Defendant Loy*

---

[2] The draft motion also contained the following language: "Pursuant to F. R. Civ. P. 11(c)(2), this Motion will not be filed if the Plaintiff withdraws his Amended Complaint herein or agrees to dismiss the same within 21 days of service of this motion upon plaintiff. In the event such withdrawal or dismissal does not occur within the time specified above, this Motion and the Memorandum will be filed." This language has been deleted here given that such time has now passed and the motion is being filed.

## CERTIFICATE OF SERVICE

       I hereby certify that on this 22nd day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court, and that on this same date, I mailed the foregoing *via* first class U.S. Mail, postage prepaid, addressed to:

    None

                                              s/ Stephen Phillips
                                              Stephen Phillips